IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| TEKEVER TECNOLOGIAS DE INFORMACAO, S.A., et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-838 |
| Pedro Sinogas, et al., | ) ) ) | |
| Defendants. | ) | |

### ORDER

This matter comes before the Court on the Proposed Findings of Fact and Recommendations of the Magistrate Judge dated September 18, 2024.

Based on a <u>de novo</u> review of the evidence in this case, having reviewed the Proposed Findings of Fact and Recommendations, and having received no objections thereto, it appears to the Court that the Magistrate Judge's Proposed Findings of Fact and Recommendations is neither clearly erroneous nor contrary to law. Accordingly, this Court affirms the findings of the Magistrate Judge, and it is hereby

ORDERED that default judgment is entered against Defendants Pedro Sinogas and Tekever, Inc. with respect to Plaintiffs' claim for violation of the Anti-Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d) (Count I).

It is further ORDERED that Pedro Sinogas, as the current registrant of the domain name "Tekever.com," to take all steps necessary to transfer the registration, ownership, and control of "Tekever.com" to Tekever Holdings, S.A.

It is further ORDERED NameCheap, Inc., as the current registrar of the domain name "Tekever.com," to take all steps necessary to transfer the registration, ownership, and control of "Tekever.com" to Tekever Holdings, S.A.

It is further ORDERED Plaintiffs' Motion to Dismiss Defendants' Counterclaims With Prejudice is GRANTED.

It is further ORDERED Plaintiffs' Motion for Default Judgment as to Count V of the Complaint, Plaintiffs' request for an order compelling Pedro Sinogas and Tekever, Inc. to abandon U.S. Trademark Application No. 97/253,347, and Plaintiffs' request for an order compelling the United States Patent and Trademark Office to abandon U.S. Trademark Application No. 97/253,347 or otherwise deem that application as abandoned are DENIED.

It is further ORDERED Plaintiffs are to move within 21 days to either seek default judgment on Counts II, III, and IV or move to dismiss those counts.

It is further ORDERED that all John Doe defendants in this case are DISMISSED.

/s/ Claude M. Hilton
CLAUDE M. HILTON
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia
October 17, 2024